1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
9
10
**Juan Garibay**,
11
                    Plaintiff,
12
13
        v.
14
**Albert Yi-Hong Shen**, in individual
and representative capacity as trustee
15
of The Shen Family Trust
Dated June 2, 2016;
16
**Stella Shen,** in individual and
representative capacity as trustee of
17
The Shen Family Trust
Dated June 2, 2016;
18
**Secret Desires, LLC,** a California
Limited Liability Company;
19
20
                    Defendants.
21
22
23
24

Case: 2:18-CV-09719-RGK-E

Judgment Re: Summary Judgment

        Following the Court's ruling on November 22, 2019, the Court grants
25
JUDGMENT in favor of plaintiff Juan Garibay and against Defendants
26
Albert Yi-Hong Shen, Stella Shen and Secret Desires, LLC.
27
        Defendants Albert Yi-Hong Shen and Stella Shen shall pay a statutory
28
award of $4,000 to Plaintiff. Defendant Secret Desires, LLC shall pay a

1

separate statutory award of $4,000 to Plaintiff. Additionally, Defendants are ordered to remove all barriers to accessibility where such removal is readily achievable under the Americans With Disabilities Act.


Dated: December 2, 2019        By: _____

                                          Hon.   R. Gary Klausner
                                          United States District Judge